EDWIN C. DOULIN, Respondent, v. STATE OF NEW YORK, Appellant.

(Claim No. 23654.)

Argued January 12, 1938; decided January 27, 1938.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden, Henry Epstein* and *Burns F. Barford* of counsel), for appellant.

*Samuel F. Frank, Arthur W. Weil, Richard Kulze, Charles W. Kappes, Joseph J. Pellicane* and *Samuel L. Sargent* for respondent.

Judgment appealed from affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and HUBBS, JJ.